(Rev. 10/2021)   Waiver of Right to Contest Detention

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

SEP 11 2024
*KHS*

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA

vs.

Kayiliab Haines

## WAIVER OF RIGHT TO CONTEST DETENTION
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 24-CR-1212

I, _Kayiliab Haines_, charged in: (an (indictment,) complaint, petition)

with _Assault of Intim Partner, Assault Resulting in SBI, Kidnapping_

Title _18 USC § 113(a)(8)+(a)(6) SE + 18 USC § 1201, 1153_, and

having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and

18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest

detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention

hearing at any time before trial if information exists that is not known to me today and that has a material bearing

on whether there are conditions of release that will reasonably assure my appearance as required and the safety

of any other person and the community.

_____
*Defendant*

_09/11/2024_
*Date*

_____
*Counsel for Defendant*