IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:24-CR-01212 DHU |
| ) | |
| KAYILIAB HAINES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she will be unavailable from June 16, 2025 through June 20, 2025, and from July 17, 2025 through July 22, 2025.

**WHEREFORE** Counsel respectfully requests that any court proceedings be scheduled outside of this period, if possible.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
Angelica_Hall@fd.org


/s/ Angelica Hall
**ANGELICA HALL, AFPD**